## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Shuyan Huang MD

20 November 1984     *

2708 Rambler Place

Adelphi, Maryland 20783

United States of America    *

*(Full name, date of birth, identification #, address of petitioner)*
**Plaintiff,**

**v.**                        Case No.: **DKC 22CV0107**

MDS Marissa Efaw      *         *(Leave blank. To be filled in by Court.)*

Sheriff's Office

78 W Lee Street

Warrenton, VA 20186     *

*(Full name and address of respondent)*
**Defendant(s).**

USDC- GREENBELT
'22 JAN 14 AM10:41

## COMPLAINT

I.  Previous Lawsuits

    A.  Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

         YES ☐     NO ☒

    B.  If you answered YES, describe that case(s) in the spaces below.

         1.  Parties to the other case(s):

            Plaintiff: _____

            Defendant(s): _____

         2.  Court (if a federal court name the district; if a state court name the city or county):

            _____

3.  Case No.: _____

4.  Date filed: _____

5.  Name of judge that handled the case: _____

6.  Disposition (won, dismissed, still pending, on appeal): _____

_____

7.  Date of Disposition: _____

II.  Administrative Proceedings

A.  If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

YES  ☐      NO  ☒

1.  If you answered YES:

a.  What was the result? _____

_____

b.  Did you appeal? _____

YES  ☐      NO  ☐

2.  If you answered NO to either of the questions above, explain why:  After my false arrest on 18 Oct 2021, I was released.  On 22 Nov, Fauquier Co. said "sustained" for my complaint of violating arrest procedures.

III.  Statement of Claim
(Briefly state the facts of your case.  Include dates, times, and places.  Describe what each defendant did or how he/she is involved.  If you are making a number of related claims, number and explain each claim in a separate paragraph.)

I am a resident of Maryland.  On 18 Oct 2021, Fauquier County Sheriff

MDS Efaw kidnapped me from my private property in Marshall, Virginia.

I was transported to Warrenton jail prior to the magistrate releasing me.

On 13 Dec, charges were dropped at the Fauquier Co. General District

Court.  Arrest video https://www.youtube.com/watch?v=lrSDYn0PFw0

IV. Relief
(State briefly what you want the Court to do for you.)

I would like the Court to hear this wrong and Godspeed Justice to me.

Possible remedies include compensatory damages for my pain and my

suffering, and for the attorney fees already paid.  We can consider

injunctive relief after the Court watches the YouTube video of the crime.

SIGNED THIS ___14th___ day of ___January___, ___2022___.

_____
Signature of Plaintiff

Shuyan Huang MD
_____
Printed Name

2708 Rambler Pl, Adelphi, MD 20783
_____
Address

(703) 629-0890
_____
Telephone Number

shuyanh@yahoo.com
_____
Email Address